United Dressed Beef Company, Respondent, v. James Burrell et al., Co-partners under the Firm Name of Burrell Brothers, Defendants.

James Burrell, Appellant.

Reported below, 140 App. Div. 131.
(Argued February 6, 1911; decided February 14, 1911.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a promissory note and for goods sold and delivered.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the exceptions were frivolous; that no questions of law were presented for review, and that the appeal was taken for purposes of delay.

*Philip B. Adams* for motion.

*John C. Judge* opposed.

Motion denied, with ten dollars costs.